**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Shannon G. and Derrick M., Defendants,

Of whom Derrick M. is the Appellant.

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2013-002506

_____

Appeal From Greenville County
Alex Kinlaw, Jr., Family Court Judge

_____

Unpublished Opinion No. 2014-UP-205
Submitted May 19, 2014 – Filed May 23, 2014

_____

**AFFIRMED**

_____

Cassandra Parks Gorton, of Greenville, for Appellant.

Deborah Murdock, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for Guardian ad Litem.

Lisa Richardson Mobley, of Mobley Law Firm, of Greenville, for the Foster Parents.

---

**PER CURIAM:**  Derrick M. appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2013).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.